UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

Case No.:     15-28627
Chapter:      Chapter 13

In Re:

**John E Moses**

## NOTICE OF APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES

Please take notice that on December 18, 2016, I filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Wisconsin, this Notice and Application for Compensation for Attorneys' Fees.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant this Application, or if you want the court to consider your views on the Application, then on or before 21 days after service of this notice, you or your attorney must:

File with the court an Objection to the Application for Compensation for Attorneys' Fees at:

Clerk of Bankruptcy Court
517 E Wisconsin Ave, Room 126
Milwaukee, WI 53202

If you mail your objection, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Attorney Anthony J Kryshak II
Kryshak Law Office, LLC
6127 Green Bay Rd, Ste 101
Kenosha, WI 53142

If you or your attorney do not take these steps, the court may decide that you do not oppose the Application and may enter an order granting the Application.

Dated January 18, 2016 at Kenosha, Wisconsin

By:   _/s/ Anthony J. Kryshak_
Anthony J. Kryshak
Attorney for the Debtor
Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
|  | Case No.: | 15-28627 |
|  | Chapter: | Chapter 13 |

**In Re:**

    **John E Moses**

## CERTIFICATE OF SERVICE

    The undersigned, an Attorney, does hereby certify that a copy of this Certificate of Service and a copy of the attached Application for Compensation for Attorneys' Fees were mailed First Class to the persons mentioned below, at their respective addresses, postage prepaid, by U.S. Mail in Kenosha, WI on Monday, January 18, 2016:

John Moses
5521 61st St
Kenosha, WI 53142

See attached list

    Additionally, the documents referenced above were also served via electronic means on the following individuals on Monday, January 18, 2016:

| United States Trustee | Mary B Grossman |
|---|---|
| Eastern District of Wisconsin | Chapter 13 Trustee |
| 517 E. Wisconsin Ave. | PO Box 510920 |
| Milwaukee, WI 53202 | Milwaukee, WI 53203 |

DATED this Monday, January 18, 2016.

                                                                                       By:    _/s/ Anthony J. Kryshak__
                                                                                                Anthony J. Kryshak
                                                                                                Attorney for the Debtor
                                                                                                Bar #: 1063950

Anthony J. Kryshak
Kryshak Law Office, LLC
6127 Green Bay Rd. Ste. 101
Kenosha, WI 53142
Phone: (262) 764-2022
Fax: (262)764-2043
Email: anthony@kryshaklawoffice.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0757-2<br>Case 15-28627-gmh<br>Eastern District of Wisconsin<br>Milwaukee<br>Fri Dec 18 15:13:10 CST 2015 | Ocwen Loan Servicing, LLC<br>Robertson, Anschutz & Schneid<br>6409 Congress Avenue<br>Suite 100<br>Boca Raton, FL 33487-2853 | Internal Revenue Service<br>Attn Bankruptcy Dept<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| J Peterman Legal Group<br>Attn Bankruptcy Dept<br>165 Bishops Way Ste 100<br>Brookfield, WI 53005-6215 | Kenosha County Treasurer<br>Attn Bankruptcy Dept<br>1010 56th St<br>Kenosha, WI 53140-3765 | Ocwen Loan Servicing<br>Attn Bankruptcy Dept<br>PO Box 6440<br>Carol Stream, IL 60197-6440 |
| Office of the U. S. Trustee<br>517 East Wisconsin Ave.<br>Room 430<br>Milwaukee, WI 53202-4510 | PYOD LLC c/o Resurgent Capital Services<br>P.O. Box 10675<br>Greenville, SC 29603-0675 | Payday Loan Store<br>Attn Bankruptcy Dept<br>7227 Durand Ave<br>Sturtevant, WI 53177-1915 |
| SFC Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304-1893 | Security Finance<br>Attn Bankruptcy Dept<br>4217 75th St<br>Kenosha, WI 53142-4330 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| The Bank of New York Mellon Trust Compan<br>c/o Ocwen Loan Servicing, LLC<br>Attn: Bankruptcy Department<br>P.O. Box 24605<br>West Palm Beach, FL 33416-4605 | The Payday Loan Store<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | World Finance<br>Attn Bankruptcy Dept<br>8042 22nd Ave<br>Kenosha, WI 53143-6208 |
| World Finance Corporation<br>8042 22Nd Avenue<br>Kenosha, WI 53143-6208 | Anthony J. Kryshak<br>Kryshak Law Office, LLC<br>6127 Green Bay Rd. Ste. 101<br>Kenosha, WI 53142-2929 | John E. Moses<br>5521 61st St<br>Kenosha, WI 53142-3080 |
| Mary B. Grossman<br>Chapter 13 Trustee<br>P.O. Box 510920<br>Milwaukee, WI 53203-0161 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Springleaf Financial Services
Attn Bankruptcy Dept
5739 75th St
Kenosha, WI 53142

End of Label Matrix
Mailable recipients    18
Bypassed recipients     0
Total                  18