UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____
In Re:                                                   Chapter 13 Bankruptcy
JOHN E. MOSES
Debtor(s)                                                Case No. 15-28627-GMH
_____

**TRUSTEE'S NOTICE AND OBJECTION TO INTERIM APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF ATTORNEY'S FEES**
_____

Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the Interim Application for Compensation and Reimbursement of Attorney's Fees.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Trustee, Mary B. Grossman, hereby objects to the Interim Application for Compensation and Reimbursement of Attorney's Fees in this bankruptcy proceeding for the following reason(s):

☐  There was no copy of the fee agreement attached to the application.

☐  The trustee does not believe that the fee is reasonable based on Wisconsin SCR 20:1.5(a) (1)-(8).

☐  The attorney has failed to demonstrate that the fees charged were actual, necessary and reasonable under 11 U.S.C. 330(a) (3) (A)

☐  Time and services expended were not beneficial to the estate as required by 11 U.S.C. § 330.

☐  The fee agreement did not expressly identify or provide for use of other counsel to assist the Attorney with the Debtor's case.

☐  Services were inadequately described so that a determination cannot be made as to their reasonableness.

☐  Failure of the time itemization to list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work.

☐  Time entries for telephone calls, conferences, and letters fail to state the purpose or nature of the service and the persons involved.

☒  Other: The Application for Compensation requests that the Court issue an Order for compensation in the amount of $2,600 to be paid to counsel by the Trustee from funds on hand. However, the Trustee will not have $2,600 available to pay towards the requested fees.

Dated at Milwaukee, Wisconsin, this 4th day of February 2016

                                    OFFICE OF CHAPTER 13 TRUSTEE

                                    /s/_____
                                    Mary B. Grossman, Chapter 13 Trustee
                                    Robert W. Stack, Staff Attorney
                                    Christopher D. Schimke, Staff Attorney
                                    Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P. O. Box 510920
Milwaukee, WI  53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In Re:   JOHN E. MOSES                                    Chapter 13 Bankruptcy

         Debtor                                    Case No.   15-28627-GMH
_____

**TRUSTEE'S NOTICE AND OBJECTION TO INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF ATTORNEY'S FEES**
_____

The undersigned being first duly sworn on oath, deposes and says that on this date she electronically or conventionally served a copy of the attached Notice of Objection to Interim Application for Compensation and Reimbursement of Attorney's Fees in accordance with FRBP and FRCP (5)(b)(2)(D) .

Dated: February 4, 2016

/s/_____
Tongula Washington
Administrative Assistant to
Mary B. Grossman, Chapter 13 Trustee
P. O. Box 510920
Milwaukee, WI 53203
(414) 271-3943

CONVENTIONAL MAIL RECIPIENTS:

Debtor(s):

JOHN E. MOSES
5521 61ST ST
KENOSHA, WI 53142

ELECTRONIC MAIL RECIPIENTS:

KRYSHAK LAW OFFICE, LLC
OFFICE OF THE US TRUSTEE